UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Christina Miller,

Debtor.

Case No.: _____19-31175-JNP_____

Chapter: _____13_____

Hearing Date: _____01/19/2021_____

Judge: _____Poslusny_____

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Secured Creditor's Motion for Relief from Stay (Docket # 19)

_____

Date: 01/13/2021                                /s/ Denise Carlon
                                                Signature

*rev.8/1/15*