Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−31175−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christiana M Miller
   aka Christiana M Kenyon
   1418 Haddon Ave
   Camden, NJ 08103

Social Security No.:
   xxx−xx−5383

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 5, 2022.

Dated: January 5, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 19-31175-JNP
Christiana M Miller                                                                              Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                       User: admin                                                   Page 1 of 3
Date Rcvd: Jan 05, 2022                           Form ID: plncf13                                        Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christiana M Miller, 1418 Haddon Ave, Camden, NJ 08103-3111 |
| 518560051 | + | Bobbett Malcolm, 1160 Empire Avenue, Camden, NJ 08103-2810 |
| 518560053 | + | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 518560054 | + | Cornerstone Foot & Ankle, 100 Kins Way E, Suite D6, Sewell, NJ 08080-2238 |
| 518560057 | + | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 518636991 | | MIDFIRST BANK, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 518560061 | + | Midland Mortgage Co/Mid First, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 518560062 | + | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518560069 | + | US Asset Management Inc, 450 W 42nd St suite 46b, New York, NY 10036-8215 |
| 518560070 | + | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 518560068 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 518560071 | + | Verizon Fios Bankruptcy Deptartment, 500 Technology Drive, Ste. 550, Weldon Spring, MO 63304-2225 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 05 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518560052 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2022 20:35:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518612345 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2022 20:35:41 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518560055 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 05 2022 20:35:10 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518560056 | + | Email/Text: bankruptcynotices@dcicollect.com | Jan 05 2022 20:31:00 | Diversified Consultants, Inc., 10550 Deerwood Park Blvd, Jacksonville, FL 32256-2805 |
| 518560058 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 05 2022 20:31:00 | Fingerhut Webbank, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-0001 |
| 518560059 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 05 2022 20:31:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518659766 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 05 2022 20:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518612407 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2022 20:35:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518666042 | | Email/Text: ar@figadvisors.com | Jan 05 2022 20:31:00 | MTAG Custodian for FIG Capital Investments |

Case 19-31175-JNP    Doc 45    Filed 01/07/22    Entered 01/08/22 00:17:44    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: plncf13 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | NJ13, L, PO Box 54472, New Orleans Louisiana 70154-4472 |
| 518661730 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 05 2022 20:35:51 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518560063 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 05 2022 20:35:56 | Regional Acceptance Co, Attn: Bankruptcy, 1424 E Firetower Rd, Greenville, NC 27858-4105 |
| 518578475 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 05 2022 20:35:56 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 518560064 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jan 05 2022 20:35:51 | Sprint Wireless, 6200 Sprint Parkway, Overland Park, KS 66251 |
| 518561952 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2022 20:35:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518560065 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2022 20:35:04 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518560066 | + | Email/Text: legal-dept@cooperhealth.edu | Jan 05 2022 20:31:00 | The Cooper Health System, 1 Cooper Plaza, Camden, NJ 08103-1489 |
| 518560067 | + | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2022 20:31:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 518560072 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 05 2022 20:30:00 | Verizon Wireless, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518560060 | ##+ | KML Law Group PC, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2022            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jan 05, 2022 | Form ID: plncf13 | Total Noticed: 32

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Joseph J. Rogers
    on behalf of Debtor Christiana M Miller jjresq@comcast.net  jjrogers0507@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5