**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Agent for MIDFIRST BANK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY - CAMDEN DIVISION

| | |
|---|---|
| In re | Case No. 19-31175-JNP |
| CHRISTIANA M MILLER, | Chapter 13 |
| Debtor, | **WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE** |

MIDFIRST BANK ("Creditor") hereby withdraws the Notice of Mortgage Payment Change ("Payment Change Notice") previously filed on 01/19/2022 in connection with Claim No.7 in the above referenced matter, without prejudice as a loan modification has been approved.

Any fees, costs, or other charges incurred by Creditor in connection with the Payment Change Notice or this withdrawal have not been added to the mortgage loan account that is the subject of the Payment Change Notice.

**ALDRIDGE PITE, LLP**

Dated: January 31, 2022

/s/ Bryan S. Fairman
BRYAN S. FAIRMAN
**AGENT FOR MIDFIRST BANK**

**WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: bfairman@aldridgepite.com

Agent for MIDFIRST BANK

| | |
|---|---|
| In Re:<br><br>CHRISTIANA M MILLER AKA CHRISTIANA M KENYON, | Case No.:    <u>19-31175-JNP</u><br><br>Chapter:    <u>13</u><br><br>Adv. No.:    <u>     </u><br><br>Hearing Date:    <u>     </u><br><br>Judge:    <u>Honorable Jerrold N. Poslusny Jr.</u><br><br><u>     </u> |

### CERTIFICATION OF SERVICE

1.  I, <u>Bertha Y. Mora</u> :

☐ represent the <u>         </u> in the above-captioned matter.

☐ am the secretary/paralegal for <u>       </u>, who represents the

<u>     </u> in the above captioned matter.

☐ am the <u>      </u> in the above case and am representing myself.

☒ See Attachment Page

2.  On <u>February 3, 2022</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: <u>February 3, 2022</u>         <u>/s/Bertha Y. Mora</u>
                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Christiana M Miller<br>1418 Haddon Ave<br>Camden, NJ 08103 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Joseph J. Rogers<br>Washington Professional Campus<br>900 Route 168<br>Suite I-4<br>Turnersville, NJ 08012 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002<br>ecfmail@standingtrustee.com | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br>USTPRegion03.NE.ECF@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Attachment Page

☒ am the secretary/paralegal for _____Bryan S. Fairman_____, agent for the MIDFIRST BANK, secured creditor in the above captioned matter.