Printed on: 12/31/2021
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021
**Case Number: 19-31175 (JNP)**

Christiana M. Miller
1418 Haddon Avenue
Camden, NJ  08103

Monthly Payment: $373.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/06/2021 | $342.00 | 02/19/2021 | $340.00 | 03/15/2021 | $344.00 | 04/06/2021 | $344.00 |
| 06/08/2021 | $342.00 | 07/19/2021 | $342.00 | 08/16/2021 | $342.00 | 09/27/2021 | $342.00 |
| 10/26/2021 | $342.00 | 12/06/2021 | $273.00 | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CHRISTIANA M. MILLER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $4,090.00 | $4,090.00 | $0.00 | $3,250.73 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $800.00 | $0.00 | $800.00 | $0.00 |
| 1 | BOBBETT MALCOLM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK USA, N.A. | 33 | $583.39 | $0.00 | $0.00 | $0.00 |
| 3 | COMMERCIAL ACCEPTANCE COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CORNERSTONE FOOT & ANKLE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $74.96 | $0.00 | $0.00 | $0.00 |
| 6 | DIVERSIFIED CONSULTANTS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | EOS CCA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | FINGERHUT WEBBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT OF THE TREASURY | 28 | $1,886.40 | $0.00 | $1,886.40 | $0.00 |
| 10 | KML LAW GROUP PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | MIDFIRST BANK | 24 | $11,521.88 | $998.70 | $10,523.18 | $0.00 |
| 12 | QUALITY ASSET RECOVERY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | REGIONAL ACCEPTANCE CORPORATION | 33 | $10,375.88 | $0.00 | $0.00 | $0.00 |
| 14 | SPRINT CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $372.01 | $0.00 | $0.00 | $0.00 |
| 17 | THE COOPER HEALTH SYSTEM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | US ASSET MANAGEMENT INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | USDOE/GLELSI | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DEPARTMENT OF THE TREASURY | 33 | $217.87 | $0.00 | $0.00 | $0.00 |
| 22 | UNITED STATES ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | VERIZON BY AMERICAN INFOSOURCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | VERIZON WIRELESS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | LVNV FUNDING, LLC | 33 | $822.15 | $0.00 | $0.00 | $0.00 |
| 28 | MTAG CUST FOR FIG CAPITAL INVESTMENTS NJ13, | 24 | $522.39 | $45.29 | $477.10 | $0.00 |
| 29 | MIDFIRST BANK | 13 | $538.00 | $538.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2019 | 13.00 | $0.00 |
| 01/01/2021 | Paid to Date | $3,870.00 |
| 02/01/2021 | 46.00 | $373.00 |
| 12/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,353.00 |
| Total paid to creditors this period: | $3,250.73 |
| Undistributed Funds on Hand: | $250.07 |
| Arrearages: | $1,092.00 |
| Attorney: | JOSEPH J. ROGERS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**