UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2022 DEC 14  A II: 25

JEANNE A. NAUGHTON

BY: _____ CLERK

In Re:

Paul Passarella

| | |
|---|---|
| Case No.: | 22-10150 |
| Adversary No.: | |
| Chapter: | 13 |
| Judge: | Andrew B. Altenburg Jr. |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.   NOTE: A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:    PO Box 54472

New Orleans, Louisiana 70154-4472


New address:    PO Box 669505

Dallas, TX 75266-9505


New phone no.: _____
(if debtor is filing and their phone number has changed).


I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.


Date:    12/7/2022                          /s/ Johnny Roberts
                                                      Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Christina A. Steele

Case No.: 21-14832

Adversary No.:

Chapter: 13

Judge: Andrew B. Altenburg Jr.

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:    PO Box 54472
                New Orleans, Louisiana 70154-4472


New address:    PO Box 669505
                Dallas, TX 75266-9505


New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 12/7/2022                    /s/ Johnny Roberts
                                   Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Lea N Lester

Case No.: _____ 21-14700

Adversary No.: _____

Chapter: _____ 13

Judge: _____ Andrew B. Altenburg Jr.

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: _____ FIG Capital Investments NJ13, LLC _____
(Example: John Smith, creditor)

Old address: _____ PO Box 54472 _____

New Orleans, Louisiana 70154-4472 _____

New address: _____ PO Box 669505 _____

Dallas, TX 75266-9505 _____

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: _____ 12/7/2022 _____   /s/ Johnny Roberts _____
Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Vincent J. Bullaro

Case No.: _____ 21-14171

Adversary No.: _____

Chapter: _____ 13

Judge: _____ Andrew B. Altenburg Jr.

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:  FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:  PO Box 54472

New Orleans, Louisiana 70154-4472

New address:  PO Box 669505

Dallas, TX 75266-9505

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  12/7/2022

/s/ Johnny Roberts
Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: _____20-19062_____ |
| | Adversary No.: _____ |
| Michael Maxwell | Chapter: _____13_____ |
| | Judge: _Andrew B. Altenburg Jr._ |

### CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: _____FIG Capital Investments NJ13, LLC_____
(Example: John Smith, creditor)

Old address: _____PO Box 54472_____

_____New Orleans, Louisiana 70154-4472_____

New address: _____PO Box 669505_____

_____Dallas, TX 75266-9505_____

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: _____12/7/2022_____         _____/s/ Johnny Roberts_____
                                                                     Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Elvenea M. Jefferson

| | |
|---|---|
| Case No.: | 20-15864 |
| Adversary No.: | |
| Chapter: | 13 |
| Judge: | Andrew B. Altenburg Jr. |

### CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:          FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:     PO Box 54472

New Orleans, Louisiana 70154-4472


New address:     PO Box 669505

Dallas, TX 75266-9505


New phone no.: _____
(if debtor is filing and their phone number has changed).


I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.


Date:     12/7/2022                          /s/ Johnny Roberts
                                              Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Allan W. Smith

| | |
|---|---|
| Case No.: | 21-13716 |
| Adversary No.: | |
| Chapter: | 13 |
| Judge: | Andrew B. Altenburg Jr. |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:        FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:    PO Box 54472
                        New Orleans, Louisiana 70154-4472


New address:    PO Box 669505
                        Dallas, TX 75266-9505


New phone no.: _____
(if debtor is filing and their phone number has changed).


I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.


Date:    12/7/2022                              /s/ Johnny Roberts
                                                          Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Ollie Mae Alexander

| | |
|---|---|
| Case No.: | 19-31823 |
| Adversary No.: | |
| Chapter: | 13 |
| Judge: | Andrew B. Altenburg Jr. |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:    PO Box 54472
                New Orleans, Louisiana 70154-4472

New address:    PO Box 669505
                Dallas, TX 75266-9505

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    12/7/2022                        /s/ Johnny Roberts
                                          Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*BANKRUPTCY COURT*
*FILED*
*NEWARK, N.J*

*2022 DEC 14  A 11: 25*

*JEANNE A. NAUGHTON*

*BY:*

*DEPUTY CLERK*

In Re:

Theodore King, III

| | |
|---|---|
| Case No.: | 20-22602 |
| Adversary No.: | |
| Chapter: | 13 |
| Judge: | Andrew B. Altenburg Jr. |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:   PO Box 54472
New Orleans, Louisiana 70154-4472

New address:   PO Box 669505
Dallas, TX 75266-9505

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   12/7/2022

/s/ Johnny Roberts
Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

U.S. BANKRUPTCY COURT
NEWARK, NJ

2022 DEC 14  A 11: 25

In Re:

Karen Doughty-Stil

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

| | |
|---|---|
| Case No.: | 20-19334 |
| Adversary No.: | |
| Chapter: | 13 |
| Judge: | Andrew B. Altenburg Jr. |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or
proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where
the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor
previously included on their Schedules may also use this form.

Party's name/type:      FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:     PO Box 54472

New Orleans, Louisiana 70154-4472

New address:     PO Box 669505

Dallas, TX 75266-9505

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that
it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:     12/7/2022                          /s/ Johnny Roberts
                                                      Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

U.S. BANKRUPTCY COURT
FILED
NEWARK, N.J.

2022 DEC 14  A 11: 24

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

In Re:

Oluwatosin O. Babajide

| Case No.: | 20-14681 |
|---|---|
| Adversary No.: | |
| Chapter: | 13 |
| Judge: | Andrew B. Altenburg Jr. |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:     PO Box 54472

New Orleans, Louisiana 70154-4472

New address:     PO Box 669505

Dallas, TX 75266-9505

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:     12/7/2022

/s/ Johnny Roberts
Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Lara Angeline McCullough

Case No.: _____ 20-14125

Adversary No.: _____

Chapter: _____ 13

Judge: _____ Andrew B. Altenburg Jr.

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: ___ FIG Capital Investments NJ13, LLC _____
(Example: John Smith, creditor)

Old address: ___ PO Box 54472 _____
___ New Orleans, Louisiana 70154-4472 _____


New address: ___ PO Box 669505 _____
___ Dallas, TX 75266-9505 _____


New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: ___ 12/7/2022 _____          /s/ Johnny Roberts _____
                                        Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 19-31060 |
| Paulette L. Bacon | Adversary No.: | |
| | Chapter: | 13 |
| | Judge: | Andrew B. Altenburg Jr. |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:      FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:      PO Box 54472
New Orleans, Louisiana 70154-4472


New address:      PO Box 669505
Dallas, TX 75266-9505


New phone no.: _____
(if debtor is filing and their phone number has changed).


I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    12/7/2022              /s/ Johnny Roberts
                              Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Cheryl A Gadsden

Case No.: _____ 17-34817

Adversary No.: _____

Chapter: _____ 13

Judge: _____ Andrew B. Altenburg Jr.

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or
proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where
the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor
previously included on their Schedules may also use this form.

Party's name/type:    FIG Capital Investments NJ13, LLC _____
(Example: John Smith, creditor)

Old address:    PO Box 54472 _____

New Orleans, Louisiana 70154-4472 _____

_____

New address:    PO Box 669505 _____

Dallas, TX 75266-9505 _____

_____

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that
it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: ___12/7/2022___          /s/ Johnny Roberts _____
                                            Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

U.S. BANKRUPTCY
FILED
NEWARK, N.J

In Re:

2022 DEC 14  A 11: 24

Olufemi O Fasehun

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

| | |
|---|---|
| Case No.: | 19-19160 |
| Adversary No.: | |
| Chapter: | 13 |
| Judge: | Andrew B. Altenburg Jr. |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or
proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where
the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor
previously included on their Schedules may also use this form.

Party's name/type:       FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:    PO Box 54472

New Orleans, Louisiana 70154-4472

New address:    PO Box 669505

Dallas, TX 75266-9505

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that
it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    12/7/2022                          /s/ Johnny Roberts
                                            Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

George A. Lopez, Jr.

Case No.: _____19-33316_____

Adversary No.: _____

Chapter: _____13_____

Judge: _____Andrew B. Altenburg Jr._____

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:     PO Box 54472

New Orleans, Louisiana 70154-4472

New address:     PO Box 669505

Dallas, TX 75266-9505

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: _____12/7/2022_____          /s/ Johnny Roberts
                                        Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Michael J. Lawless

| | | |
|---|---|---|
| Case No.: | | 19-33419 |
| Adversary No.: | | |
| Chapter: | | 13 |
| Judge: | | Andrew B. Altenburg Jr. |

### CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:    PO Box 54472

New Orleans, Louisiana 70154-4472


New address:    PO Box 669505

Dallas, TX 75266-9505


New phone no.: _____

(if debtor is filing and their phone number has changed).


I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    12/7/2022                  /s/ Johnny Roberts
                                     Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Christiana M Miller

Case No.: _____ 19-31175 _____

Adversary No.: _____

Chapter: _____ 13 _____

Judge: _____ Andrew B. Altenburg Jr. _____

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:    PO Box 54472

New Orleans, Louisiana 70154-4472

New address:    PO Box 669505

Dallas, TX 75266-9505

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: _____ 12/7/2022 _____        /s/ Johnny Roberts
                                        Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Dana A. London

Case No.: _____19-33287_____

Adversary No.: _____

Chapter: _____13_____

Judge: _____Andrew B. Altenburg Jr._____

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or
proceeding.   **NOTE:** A separate form must be filed in each main case and adversary proceeding where
the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor
previously included on their Schedules may also use this form.

Party's name/type:     FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:     PO Box 54472

New Orleans, Louisiana 70154-4472

_____

New address:     PO Box 669505

Dallas, TX 75266-9505

_____

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that
it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   _____12/7/2022_____          /s/ Johnny Roberts _____

Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Jiana S Vaughns

Case No.: _____ 19-27615

Adversary No.: _____

Chapter: _____ 13

Judge: _____ Andrew B. Altenburg Jr.

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    FIG Capital Investments NJ13, LLC _____
(Example: John Smith, creditor)

Old address:    PO Box 54472 _____
                New Orleans, Louisiana 70154-4472 _____
                _____

New address:    PO Box 669505 _____
                Dallas, TX 75266-9505 _____
                _____

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: ___12/7/2022___          /s/ Johnny Roberts _____
                              Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Barbara J Payton

| | |
|---|---|
| Case No.: | 19-26230 |
| Adversary No.: | |
| Chapter: | 13 |
| Judge: | Andrew B. Altenburg Jr. |

*U.S. BANKRUPTCY COURT*
*NEWARK, NJ*
*2022 DEC 14   A 11: 23*
*JEANNE A. NAUGHTON*
*BY: DEPUTY CLERK*

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:    PO Box 54472

New Orleans, Louisiana 70154-4472


New address:    PO Box 669505

Dallas, TX 75266-9505


New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    12/7/2022                      /s/ Johnny Roberts
                                        Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Dawn R. Robinson

Case No.: _____ 19-25307

Adversary No.: _____

Chapter: _____ 13

Judge: _____ Andrew B. Altenburg Jr.

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:    PO Box 54472
New Orleans, Louisiana 70154-4472

New address:    PO Box 669505
Dallas, TX 75266-9505

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: _____12/7/2022_____         /s/ Johnny Roberts
                                         Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

U.S. BANKRUPTCY COURT
NEWARK, NJ

2022 DEC 14  A 11: 23

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

In Re:

David Allen Zeigler

| | |
|---|---|
| Case No.: | 19-20891 |
| Adversary No.: | |
| Chapter: | 13 |
| Judge: | Andrew B. Altenburg Jr. |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:    PO Box 54472

New Orleans, Louisiana 70154-4472

New address:    PO Box 669505

Dallas, TX 75266-9505

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    12/7/2022               /s/ Johnny Roberts
                                        Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

2022 DEC 14 A 11: 23

Drake A Baranyi

| | |
|---|---|
| Case No.: | 19-23497 |
| Adversary No.: | |
| Chapter: | 13 |
| Judge: | Andrew B. Altenburg Jr. |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:    PO Box 54472

New Orleans, Louisiana 70154-4472

New address:    PO Box 669505

Dallas, TX 75266-9505

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    12/7/2022                            /s/ Johnny Roberts
                                            Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

2022 DEC 14  A 11: 23

JEANNE A. NAUGHTON

In Re:

De Lynne Wynn

BY:

DEPUTY CLERK

Case No.: _____ 19-17864

Adversary No.: _____

Chapter: _____ 13

Judge: _____ Andrew B. Altenburg Jr.

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: _____ FIG Capital Investments NJ13, LLC _____
(Example: John Smith, creditor)

Old address: _____ PO Box 54472 _____

_____ New Orleans, Louisiana 70154-4472 _____

_____

New address: _____ PO Box 669505 _____

_____ Dallas, TX 75266-9505 _____

_____

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: _____ 12/7/2022 _____          _____ /s/ Johnny Roberts _____
                                          Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Norman L. Solomon

*FILED
NEWARK, N.J.
2022 DEC 14  A 11: 23
JEANNE M. NAUGHTON
U.S. DISTRICT COURT
BY:_____
DEPUTY CLERK*

| | |
|---|---|
| Case No.: | 18-19202 |
| Adversary No.: | |
| Chapter: | 13 |
| Judge: | Andrew B. Altenburg Jr. |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:    PO Box 54472

New Orleans, Louisiana 70154-4472

New address:    PO Box 669505

Dallas, TX 75266-9505

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    12/7/2022                         /s/ Johnny Roberts
                                                        Signature

*rev.8/1/2021*

**FIG Capital Inv**
PO Box 669505
Dallas, TX 75266-9505

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF COURT
RECLIFILED
NEWARK, NJ

2022 DEC 14   A 11: 01

BY: _____
      DEPUTY CLERK

JEANNE A. NAUGHTON

Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

X-RAYED





neopost
12/07/2022
US POSTAGE $0