# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 19-31175 JNP
CHAPTER 13
Judge: Jerrold N. Poslusny Jr.

In re:

Christiana M. Miller aka Christiana M Kenyon
    Debtor
Bobbett Malcolm
    Co-Debtor

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 05/01/2000

I, __Crystal Baker__, employed as __Vice President__ by MidFirst Bank, hereby certifies the following information:

Recorded on May 10, 2010 in Camden County, in Book 5296, at Page 0064.
Property Address: 1418 Haddon Avenue, Camden NJ 08104.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Christiana M. Miller aka Christiana M Kenyon

POST-PETITION PAYMENTS (Petition filed on November 08, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 01/28/2021 | | | | | - |
| | | To Suspense | $1,300.00 | 01/27/2021 | $1,300.00 |
| | | To Suspense | $1,359.46 | 02/12/2021 | $2,659.46 |
| $2,659.46 | 01/31/2021 | Agreed Order Lump Sum | From Suspense | 03/01/2021 | $0.00 |
| $614.56 | 02/01/2021 | 02/2021 | $614.56 | 03/01/2021 | $0.00 |
| $614.56 | 03/01/2021 | 03/2021 | $639.00 | 03/03/2021 | $24.44 |
| $796.72 | 04/01/2021 | 04/2021 | $796.72 | 03/30/2021 | $24.44 |
| $796.72 | 05/01/2021 | 05/2021 | $796.72 | 04/07/2021 | $24.44 |
| $796.72 | 06/01/2021 | 06/2021 | $796.72 | 07/28/2021 | $24.44 |
| $796.72 | 07/01/2021 | 07/2021 | $1,019.35 | 08/03/2021 | $247.07 |
| $222.63 | | Applied to Fees | From Suspense | 08/24/2021 | $24.44 |
| $796.72 | 08/01/2021 | 08/2021 | $796.72 | 11/30/2021 | $24.44 |
| | | To Suspense | $221.21 | 11/30/2021 | $245.65 |
| | | To Suspense | $20.00 | 11/30/2021 | $265.65 |
| | | To Suspense | $408.60 | 12/15/2021 | $674.25 |
| Loan Modification Agreement includes 9/2021 and 10/2021 payments | | | | | |

| $408.60 | 11/01/2021 | 11/2021 | $408.60 | 01/13/2022 | $674.25 |
|---|---|---|---|---|---|
|  |  | To Suspense | $408.60 | 01/25/2022 | $1,082.85 |
| $408.60 | 12/01/2021 | 12/2021 | From Suspense | 01/26/2022 | $265.65 |
| $408.60 | 01/01/2022 | 01/2022 | From Suspense | 01/28/2022 | $265.65 |
| $408.60 | 02/01/2022 | 02/2022 | $408.60 | 02/14/2022 | $265.65 |
| $408.60 | 03/01/2022 | 03/2022 | $408.60 | 03/07/2022 | $265.65 |
| $408.60 | 04/01/2022 | 04/2022 | $408.60 | 04/05/2022 | $265.65 |
| $408.60 | 05/01/2022 | 05/2022 | $408.60 | 05/17/2022 | $265.65 |
| $408.60 | 06/01/2022 | 06/2022 | $408.60 | 06/17/2022 | $265.65 |
| $408.60 | 07/01/2022 | 07/2022 | $408.60 | 07/26/2022 | $265.65 |
| $408.60 | 08/01/2022 | 08/2022 | $408.60 | 09/07/2022 | $265.65 |
| $408.60 | 09/01/2022 |  | $0.00 |  | $265.65 |
| $408.60 | 10/01/2022 |  | $0.00 |  | $265.65 |
| $408.60 | 11/01/2022 |  | $0.00 |  | $265.65 |
| **Total Due: $13,406.61** | | **Total Received: $12,446.46** | | **Arrears: $960.15** | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $408.60
Arrears: $960.15

Each current monthly payment is comprised of:
    Principal and Interest: $157.40 _____
    R.E. Taxes: $_____
    Insurance: $_____
    Other: $251.20 _____ (Specify: Escrow)
    TOTAL $408.60 _____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

NOPC filed 1/31/2020 and effective 3/1/2020, NOPC filed 1/29/2021 and effective 03/01/2021, Loan Modification Agreement effective 11/01/2021.

PRE-PETITION ARREARS: $3,793.12

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 12.13.2022

Signature: Crystal Baker
Vice President