UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR-9004-1**

| | |
|---|---|
| KML Law Group, P.C.<br>By: Denise Carlon Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>201-549-2363<br>Attorneys for Secured Creditor: MidFirst Bank | |
| In Re:<br>Christiana M. Miller aka Christiana M Kenyon<br>        Debtor | Case No:  19-31175 JNP<br><br>Chapter:  13<br><br>Judge:  Jerrold N. Poslusny Jr. |

**CERTIFICATION OF SERVICE**

1. I, Thomas Diruscio:

   ☐ Represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Denise Carlon, who represents the Secured Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On 12/15/2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Certification of Default
   - Proposed Order
   - Exhibits
   - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 12/15/2022                    /S/Thomas Diruscio

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Christiana M. Miller aka Christiana M Kenyon<br>1418 Haddon Avenue<br>Camden, NJ 08103 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Joseph J. Rogers<br>900 Route 168<br>Washington Professional Campus, Suite I-4<br>Turnersville, NJ 08012 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Isabel C. Balboa Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center - 535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |