| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br><br>Christiana M Miller | Case No.: | 19-31175 |
| | Adversary No.: | N/A |
| | Chapter: | 13 |
| | Judge: | Jerrold N. Poslusny Jr. |

*[FILED stamp: JEANNE A. NAUGHTON, CLERK, DEC 20 2022, U.S. BANKRUPTCY COURT]*

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    MTAG Custodian for FIG Capital Investments NJ13, LLC
(Example: John Smith, creditor)

Old address:    PO Box 54472
                New Orleans, Louisiana 70154-4472

New address:    PO Box 669505
                Dallas, TX 75266-9505

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  12/15/2022            /s/ Johnny Roberts
                             Signature

*rev.8/1/2021*

Capital
PO Box 669505
TX 75266-9505

U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101
Phone (856) 361-2300

RECEIVED
DEC 20 2022



neopost
12/15/2022
US POSTAGE $002.88
ZIP 32204
041L10245289

FIRST-CLASS MAIL