UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Isabel C. Balboa, Esquire (IB 4082)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

Christina M. Miller

Debtor(s)'

Case No. 19-31175 (JNP)

Judge: Jerrold N. Poslusny Jr.

STIPULATION ADJUSTING TRUSTEE PAYMENTS

**WHEREAS** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated, and good cause having been shown, and

**WHEREAS** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation.

**NOW THEREFORE**, the Trustee and counsel for Debtor hereby agree as follow: Debtor's case be and is hereby allowed to continue at $9,309 total receipts applied to plan, then $568 per month with an <u>amended TFS-epay</u> for the remaining eleven (11) months, commencing February 1, 2023 for a total of forty-nine (49) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on June 15, 2022, remain in effect.

_____
Law Office Of Joseph J. Rogers, Esquire
Attorney for Debtor

Dated: 2/21/2023

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: 3/2/2023

---

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978