Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                         Case No.: 19−31175−JNP
                         Chapter: 13
                         Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christiana M Miller
   aka Christiana M Kenyon
   1418 Haddon Ave
   Camden, NJ 08103

Social Security No.:
   xxx−xx−5383

Employer's Tax I.D. No.:

---

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 7/18/23 at 11:00 AM

to consider and act upon the following:

**75** − CertificationOther in Opposition to (related document:74 Creditor's Certification of Default (related document:19 Motion for Relief from Co−Debtor Stay of Bobbett Malcolm filed by Creditor MIDFIRST BANK, Motion for Relief from Stay re: re: 1418 Haddon Avenue, Camden, NJ 08103. Fee Amount $ 188., 70 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 06/29/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Barbara J. Snavely on behalf of Christiana M Miller. (Snavely, Barbara)

Dated: 6/26/23

                                                                                              Jeanne Naughton
                                                                                             Clerk, U.S. Bankruptcy Court