Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−31175−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Christiana M Miller
    aka Christiana M Kenyon
    1418 Haddon Ave
    Camden, NJ 08103

Social Security No.:
    xxx−xx−5383

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 15, 2022.

On 09/19/2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:            November 1, 2023
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 20, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 19-31175-JNP

Christiana M Miller                                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 20, 2023 | Form ID: 185 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christiana M Miller, 1418 Haddon Ave, Camden, NJ 08103-3111 |
| cr | + | FIG Capital Investments NJ13, LLC, Attn Johnny Roberts, PO Box 669505, Dallas, TX 75266-0392 |
| 518560051 | + | Bobbett Malcolm, 1160 Empire Avenue, Camden, NJ 08103-2810 |
| 518560054 | + | Cornerstone Foot & Ankle, 100 Kins Way E, Suite D6, Sewell, NJ 08080-2238 |
| 518666042 | + | MTAG Custodian for FIG Capital Investments NJ13, L, PO Box 669505, Dallas, TX 75266-0392 |
| 518560061 | + | Midland Mortgage Co/Mid First, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 518560069 | + | US Asset Management Inc, 450 W 42nd St suite 46b, New York, NY 10036-8215 |
| 518560068 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 518560071 | + | Verizon Fios Bankruptcy Deptartment, 500 Technology Drive, Ste. 550, Weldon Spring, MO 63304-2225 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 20 2023 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 20 2023 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518560052 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2023 20:31:55 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518612345 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2023 20:34:34 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518560053 | + | Email/Text: dylan.succa@commercialacceptance.net | Sep 20 2023 20:36:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 518560055 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2023 20:44:45 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518560056 | + | Email/Text: bankruptcynotices@dcicollect.com | Sep 20 2023 20:37:00 | Diversified Consultants, Inc., 10550 Deerwood Park Blvd, Jacksonville, FL 32256-2805 |
| 518560057 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 20 2023 20:37:00 | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 518560058 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 20 2023 20:37:00 | Fingerhut Webbank, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-0001 |
| 518560059 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 20 2023 20:36:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518659766 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 20 2023 20:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |

District/off: 0312-1 | User: admin | Page 2 of 3
:---|:---:|---:
Date Rcvd: Sep 20, 2023 | Form ID: 185 | Total Noticed: 32

| 518612407 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
|---|---|---|---|---|
| | | | Sep 20 2023 20:32:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518661730 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Sep 20 2023 20:45:36 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518560062 | ^ | MEBN | | |
| | | | Sep 20 2023 20:25:43 | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518560063 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | | Sep 20 2023 20:44:49 | Regional Acceptance Co, Attn: Bankruptcy, 1424 E Firetower Rd, Greenville, NC 27858-4105 |
| 518578475 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | | Sep 20 2023 20:44:49 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 518560064 | | Email/PDF: ais.sprint.ebn@aisinfo.com | | |
| | | | Sep 20 2023 20:31:58 | Sprint Wireless, 6200 Sprint Parkway, Overland Park, KS 66251 |
| 518561952 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 20 2023 20:44:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518560065 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 20 2023 20:44:54 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518560066 | + | Email/Text: legal-dept@cooperhealth.edu | | |
| | | | Sep 20 2023 20:37:00 | The Cooper Health System, 1 Cooper Plaza, Camden, NJ 08103-1489 |
| 518560070 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Sep 20 2023 20:37:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 518560067 | + | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Sep 20 2023 20:37:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 518560072 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Sep 20 2023 20:35:00 | Verizon Wireless, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | MTAG Custodian for FIG Capital Investments NJ13, L, PO Box 669505, Dallas, TX 75266-0392 |
| 518560060 | ##+ | KML Law Group PC, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |
| 518636991 | ##+ | MIDFIRST BANK, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2023          Signature:          /s/Gustava Winters

District/off: 0312-1                          User: admin                                Page 3 of 3
Date Rcvd: Sep 20, 2023                       Form ID: 185                               Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Barbara J. Snavely | on behalf of Debtor Christiana M Miller jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5