Printed on: 12/31/2024  Page 1 of 2
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-31175 (JNP)

Christiana M. Miller
1418 Haddon Avenue
Camden, NJ  08103

Monthly Payment: $0.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/23/2024 | $300.00 | 02/27/2024 | $300.00 | 03/27/2024 | $300.00 | 05/14/2024 | $300.00 |
| 06/24/2024 | $557.00 | 08/26/2024 | $557.00 | 09/19/2024 | $557.00 | 10/21/2024 | $557.00 |
| 11/22/2024 | $550.00 | 12/11/2024 | $550.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CHRISTIANA M. MILLER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BARBARA J. SNAVELY, ESQUIRE | 13 | $4,090.00 | $4,090.00 | $0.00 | $0.00 |
| 0 | BARBARA J. SNAVELY, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | BARBARA J. SNAVELY, ESQUIRE | 13 | $800.00 | $800.00 | $0.00 | $0.00 |
| 0 | BARBARA J. SNAVELY, ESQUIRE | 13 | $300.00 | $300.00 | $0.00 | $0.00 |
| 0 | BARBARA J. SNAVELY, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 0 | BARBARA J. SNAVELY, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 0 | BARBARA J. SNAVELY, ESQUIRE | 13 | $700.00 | $700.00 | $0.00 | $0.00 |
| 1 | BOBBETT MALCOLM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE, N.A. | 33 | $583.39 | $0.00 | $0.00 | $0.00 |
| 3 | COMMERCIAL ACCEPTANCE COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CORNERSTONE FOOT & ANKLE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $74.96 | $0.00 | $0.00 | $0.00 |
| 6 | DIVERSIFIED CONSULTANTS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | EOS CCA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | FINGERHUT WEBBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT OF THE TREASURY | 28 | $1,886.40 | $1,880.54 | $5.86 | $0.00 |
| 10 | KML LAW GROUP PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | MIDFIRST BANK | 24 | $5,161.87 | $5,161.87 | $0.00 | $1,859.16 |
| 12 | QUALITY ASSET RECOVERY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | REGIONAL ACCEPTANCE CORPORATION | 33 | $10,375.88 | $0.00 | $0.00 | $0.00 |
| 14 | SPRINT CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $372.01 | $0.00 | $0.00 | $0.00 |
| 17 | THE COOPER HEALTH SYSTEM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | US ASSET MANAGEMENT INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | USDOE/GLELSI | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 21 | DEPARTMENT OF THE TREASURY | 33 | $217.87 | $0.00 | $0.00 | $0.00 |
| 22 | UNITED STATES ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | VERIZON BY AMERICAN INFOSOURCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | VERIZON BY AMERICAN INFOSOURCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | LVNV FUNDING, LLC | 33 | $822.15 | $0.00 | $0.00 | $0.00 |
| 28 | MTAG CUST FOR FIG CAPITAL INVESTMENTS NJ13, LLC | 24 | $522.39 | $522.39 | $0.00 | $182.59 |
| 29 | MIDFIRST BANK | 13 | $538.00 | $538.00 | $0.00 | $0.00 |
| 30 | MIDFIRST BANK | 13 | $200.00 | $200.00 | $0.00 | $200.00 |
| 31 | MIDFIRST BANK | 13 | $200.00 | $200.00 | $0.00 | $200.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2019 | 53.00 | $0.00 |
| 05/01/2024 | Paid to Date | $13,798.00 |
| 06/01/2024 | 6.00 | $557.00 |
| 12/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,528.00 |
| Total paid to creditors this period: | $3,241.75 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $14.00 |
| Attorney: | BARBARA J. SNAVELY, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**