Certificate Number: 20668-NJ-DE-039317225

Bankruptcy Case Number: 19-31175



20668-NJ-DE-039317225

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2025, at 4:31 o'clock PM EST, Christiana M Miller completed a course on personal financial management given by internet by Andrew Finberg, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: February 7, 2025

By: /s/Kathleen B Mills

Name: Kathleen B Mills

Title: TEN Financial Educator